UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cv-20541

MAURICIO ESPINEIRA,

    Plaintiff,

v.

PORTFOLIO RECOVERY, LLC and
DINSMORE & SHOHL, LLP,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.  Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2.  This Court has jurisdiction under 28 U.S.C. §§1331 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant sent communications into this District and sued in this District.

## PARTIES

3.  Plaintiff, MAURICIO ESPINEIRA ("Espineira"), is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida.

4.  Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA"), is a corporation organized under the laws of the State of Delaware. It is a citizen of the State of Virginia with its principal place of business at 130 Corporate Blvd., Norfolk, VA 23502.

5. Defendant is registered with the Florida Department of State Division of Corporations as a limited liability company. Its registered agent for service of process is Corporation Service Company, 1201 Hays St., Tallahassee, Florida 33435.

6. PRA regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7. PRA regularly collect or attempt to collect debts that are in default.

8. PRA has filed more than 100 lawsuits in Miami-Dade County, Florida in the last year.

9. PRA is a "debt collector" as defined in the FDCPA.

10. Defendant, DINSMORE & SHOHL, LLP ("Dinsmore"), is an Ohio limited liability partnership with an office in Tampa, Florida.

11. Dinsmore is registered with the State of Florida as a limited liability partnership. Its registered agent for service of process is Robert E. Sickles, Esq., 201 N. Franklin St., Suite 3050, Tampa, FL 33602.

12. Dinsmore has been repeatedly retained by PRA to collect defaulted consumer debts.

13. Dinsmore is a "debt collector" as defined in the FDCPA.

**FACTUAL ALLEGATIONS**

14. Defendant sought to collect from Plaintiff an alleged debt for a consumer loan.

15. The debt was for a personal, household, or family purpose.

16. On or about April 8, 2020, the law firm of Pollack & Rosen, PA ("P&R"), on behalf of PRA, filed a state court action against Espineira for an alleged debt ("the debt.")

17. A Notice of Appearance was filed on July 27, 2020. A copy of the Notice of Appearance is attached as Exhibit "A."

18. The undersigned also filed other documents on behalf of Espineira.

19. PRA has repeatedly retained the law firm of Dinsmore & Shohl, LLP ("Dinsmore"), as well as other law firms to collect defaulted consumer debts.

20. PRA retained Dinsmore to collect the debt against Plaintiff.

21. PRA has retained Dinsmore to collect numerous defaulted debts against consumers all over the State of Florida and other states as well.

22. A significant portion of Dinsmore's practice is the collection of debts on behalf of PRA.

23. Dinsmore is an agent of PRA.

24. On March 16, 2021, Dinsmore filed a Notice of Appearance stating that it represented PRA. A copy of the Notice of Appearance is attached as Exhibit "B."

25. On October 21, 2021, PRA also filed an Amended Complaint and served it on counsel for Plaintiff. A copy of the Amended Complaint is attached as Exhibit "C."

26. Defendant, when sending correspondence, including court filings, is required to comply with the FDCPA even when the correspondence is directed to the Plaintiff's attorney.

27. At no time after Dinsmore entered its appearance in the state court action, did Defendant or Dinsmore send a written notice to Plaintiff or his legal counsel as required by 15 U.S.C. §1692g(a).

28. Defendants' actions caused Plaintiff to incur actual damages including attorney's fees.

## COUNT I
## FAILURE TO SEND WRITTEN NOTICE IN VIOLATION OF 15 U.S.C §1692g(a)

29. Plaintiff incorporates Paragraphs 1 through 28.

30. Neither PRA nor Dinsmore sent written notice to Plaintiff within five (5) days after Dinsmore entered its appearance in the state court action in violation of 15 U.S.C. §1692c(a)(2).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>Debt Shield Law
>Attorney for Plaintiff
>3440 Hollywood Blvd., Suite 415
>Hollywood, FL 33021
>Tel:   754-800-5299
>Fax:   305-503-9457
>service@debtshieldlaw.com
>joel@debtshieldlaw.com
>
>  */s/ Joel D. Lucoff*
>Joel D. Lucoff
>Fla. Bar No. 192163